UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEN UMEZE, MD,

                Plaintiff,

-against-                      24 **CIVIL** 7425 (MKV)

## JUDGMENT

NEW YORK STATE DEPARTMENT OF
HEALTH, DR. JAMES V. MACDONALD,
COMMISSIONER OF NEW YORK STATE
DEPARTMENT OF HEALTH, AMIR BASSIRI,
NEW YORK STATE MEDICAID DIRECTOR,
THE NEW YORK STATE OFFICE OF
MEDICAID MANAGEMENT, THE STATE OF
NEW YORK, HEALTHFIRST PHSP INC.,
HEALTHFIRST, and PAT WANG, CEO
Healthfirst,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 25, 2025, the two pending motions to dismiss this case are GRANTED. The Amended Complaint is dismissed in its entirety without prejudice as to the State for lack of standing. The federal claims against Healthfirst asserted in Counts I and III of the Amended Complaint are dismissed with prejudice. The state law claims against Healthfirst in Counts II and IV are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 25, 2025

TAMMI M HELLWIG
CLERK OF COURT

By_____
Deputy Clerk